IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **HECTOR L HERNANDEZ RIVERA** | ) | Case No. 10-11616-BKT |
| **AKA HECTOR LUIS HERNANDEZ RIVERA** | ) | |
| **DBA J R AUTO PAITING** | ) | Chapter 13 |
| | ) | |
| **VIVIAN T PEDRAZA MELENDEZ** | ) | |
| **AKA VIVINA TERESA PEDRAZA MELENDEZ** | ) | |
| | ) | |
| **Debtors.** | ) | |

### ENTRY OF ORDER REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED ON DOCKET NO. 33 AND MINUTE ENTRY FILED ON DOCKET NO. 54

**NOW COMES** Cenlar, FSB ("Movant"), by and through its undersigned counsel, and very respectfully states, alleges and prays as follows:

1. On November 3, 2011, Cenlar filed a Motion for Relief from the Automatic Stay ("Motion") (Docket No. 33) regarding property located at BB-3, Otoño Street, Hacienda Primavera Development, Cidra, Puerto Rico 00739 ("Property").

2. On the final hearing held on March 6, 2012, the Parties were granted thirty (30) days to file a stipulation or joint motion and upon failure to do so, the stay would be automatically lifted.

3. Attorney for the Debtor has informed us via e-mail that the Debtor cannot keep up with the mortgage payments and that they agree to the lift of stay regarding the Property. Please see e-mail attached.

4. In light of the above, Movant respectfully requests that an order lifting the stay in favor of Cenlar, FSB, be entered in the above captioned case.

**WHEREFORE**, for the reasons above stated, it is respectfully requested from this Honorable Court to take knowledge of the abovementioned and enter an order lifting the stay in favor of Movant.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I do hereby certify that a copy of this Entry of Order filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing; and by regular mail on May 17, 2012, to the non CM/ECF participants.

Respectfully submitted,

Cenlar, FSB

By its attorneys,

ABLITT | SCOFIELD, LLC

Dated: May 17, 2012

**/S/ LEYRE SANTAELLA-SANTÉ**
**LEYRE SANTAELLA-SANTÉ**
USDC-PR-229001
Centro Internacional de Mercadeo
Torre II, Suite 411
Guaynabo, PR 00968
Tel. 787-722-9021
Fax: 787-724-6339
lsantaella@acdlawpr.com

**Leyre Santaella**

| | |
|---|---|
| **From:** | Miriam A Murphy <mamurphyli82@gmail.com> |
| **Sent:** | Monday, April 23, 2012 5:39 PM |
| **To:** | Leyre Santaella |
| **Subject:** | Hector Hernandez Rivera 10-11616 |

Buenas Tardes Leyre:

El cliente de referencia me informa que se le hace muy dificil continuar con los pagos de la hipotece por lo que procede un lift of stay a favor
de tu cliente. Trate de convencerlo de la importancia de tener un hogar propio pero me indico que no podria cumplir con el
ingreso actual

Gracias.

Miiram

1